

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00162-CV

_____

IN THE INTEREST OF I.I., A CHILD

---

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-734025-23

---

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

# MEMORANDUM OPINION

Appellant C.I. attempts to appeal from the trial court's "Temporary Restraining Order with Extraordinary Relief and Order Setting Hearing for Temporary Orders" (the Order). On May 17, 2023, we notified Appellant of our concern that we lack jurisdiction over this appeal because the Order does not appear to be a final judgment or appealable interlocutory order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001) (holding that, generally, appeals may be taken only from final judgments or interlocutory orders authorized by statute); *see also* Tex. Fam. Code Ann. § 105.001(e) (providing that temporary orders in suits affecting the parent–child relationship are not subject to an interlocutory appeal); *In re Abbott*, 601 S.W.3d 802, 813 (Tex. 2020) (noting that temporary restraining orders are not appealable). We informed her that unless she or any party desiring to continue the appeal filed a response by May 29, 2023, showing grounds for continuing the appeal, we could dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Appellant has not filed a response. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Dana Womack

Dana Womack
Justice

Delivered: June 22, 2023

2